**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **Case No. 26-4538** |
| | : | 2:25-cr-31 (02) |
| **Plaintiff-Appellee,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **RYAN WADE JOHNSTON,** | : | |
| | : | |
| **Defendant-Appellant.** | : | |

## MOTION TO WITHDRAW AS APPOINTED COUNSEL AND TO APPOINT SUCCESSOR CJA COUNSEL ON APPEAL

Now comes Defendant-Appellant, Ryan Wade Johnston, and respectfully moves this honorable Court to allow his trial counsel, Stephanie Kessler, to withdraw as appointed counsel under the Criminal Justice Act, and in conjunction with this motion, to appoint successor CJA counsel for this appeal.

Undersigned counsel was appointed to represent Mr. Johnston in the District Court. Mr. Johnston's plea agreement contains an appellate waiver allowing for an appeal of claims of ineffective assistance of counsel. As such, in the interests of fairness and justice, Mr. Johnston would be best served by new counsel who can evaluate any ineffective assistance concerns.

Notice of counsel's intent to withdraw and a copy of this motion have been sent to Appellant Ryan Wade Johnston in accordance with 4th Cir. Local Rule 46(c).

Respectfully submitted,

s/Stephanie F. Kessler____________
STEPHANIE F. KESSLER (100602)
Kessler Defense LLC
500 East Main St, Suite 1600
Norfolk, VA 23510
(513) 316-5807
stephanie@kesslerdefense.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2026, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

Ryan Johnston will be served by regular U.S. Mail at Appellant Ryan Wade Johnston, Western Tidewater Regional Jail, 2402 Godwin Blvd, Suffolk, VA 23434. By separate letter, Mr. Johnston has been advised that he has 7 days to file a response to this motion to withdraw.

/s/ Stephanie F. Kessler
STEPHANIE F. KESSLER (100602)